# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
### *Dallas Division*

Jay Aubrey Isaac Hollis, Individually et al
Plaintiff

v.

3:14-cv-03872-M
Civil Action No.

Eric H. Holder, Jr. et al
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Jay Aubrey Isaac Hollis, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*
None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*
Jay Aubrey Isaac Hollis,
Jay Aubrey Isaac Hollis Revocable Living Trust,
Stephen Dean Stamboulieh, Esq,
Stamboulieh Law, PLLC,
Eric H. Holder, Jr.,
B. Todd Jones,

| | |
|---|---|
| Date: | 10/30/2014 |
| Signature: | |
| Print Name: | Stephen Dean Stamboulieh |
| Bar Number: | 102784MS |
| Address: | P.O. Box 4008 |
| City, State, Zip: | Madison, MS  39130 |
| Telephone: | (601) 852-3440 |
| Fax: | n/a |
| E-Mail: | stephen@sdslaw.us |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons