IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

───────────────────────

No. 15-10803

───────────────────────

D.C. Docket No. 3:14-CV-3872

United States Court of Appeals
Fifth Circuit
**FILED**
June 30, 2016
Lyle W. Cayce
Clerk

JAY AUBREY ISAAC HOLLIS, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust,

    Plaintiff - Appellant

v.

LORETTA E. LYNCH, Attorney General of the United States; THOMAS E. BRANDON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,

    Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before KING, SOUTHWICK, and HAYNES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued as the mandate on Aug 24, 2016**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

August 24, 2016

Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242

    No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al  
                       USDC No. 3:14-CV-3872

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____  
                                        Nancy F. Dolly, Deputy Clerk  
                                        504-310-7683

cc:   Mr. Alan Alexander Beck  
       Mr. George M. Lee  
       Mr. Patrick George Nemeroff  
       Mr. Stephen Dean Stamboulieh  
       Mr. Herbert W. Titus